UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:15-CR-27-TAV-DCP |
| SYLVIA HOFSTETTER, THEODORE McCRARY, COURTNEY NEWMAN, and CYNTHIA CLEMONS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This criminal matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge C. Clifford Shirley, Jr. [Doc. 275]. In the R&R, Judge Shirley recommends that the Court deny the defendants' Motion to Dismiss Indictment [Doc. 171]. The parties have not timely objected, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After reviewing the matter, the Court is in agreement with Judge Shirley's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 275]. The defendants' Motion to Dismiss Indictment [Doc. 171] is **DENIED**.

IT IS SO ORDERED *NUNC PRO TUNC* February 15, 2018.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE