IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SYLVIA HOFSTETTER, COURTNEY NEWMAN, and CYNTHIA CLEMONS, | ) ) ) ) | No. 3:15-CR-27-TAV-DCP |
| Defendants. | ) ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. On September 13, 2018, Defendants Hofstetter, Newman, and Clemons filed a Joint Motion for Discovery of Raw Data for Complete DOMEX File [Doc. 369], stating that on September 4, 2018, the Government provided reports in PDF format derived from "the DOMEX raw data." The Defendants argue that without the "complete DOMEX file in its original spreadsheet [E]xcel format," it is too costly for them to confirm the validity of the Government's reports. They ask the Court to order the Government to provide the Excel spreadsheet of the DOMEX file and to "identify, provide, and set out all of the source documents used" to create the reports at issue. The Court **DIRECTS** that on or before **September 27, 2018**, the Government shall either file a response to the Defendants' Joint Motion [Doc. 369] or file a notice stating that it will provide or has provided the requested information on a date certain.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge