UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:15-CR-27-TAV-DCP |
| | ) | |
| SYLVIA HOFSTETTER | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Debra C. Poplin [Doc. 458], which recommends that the Court deny defendant Sylvia Hofstetter's motion to suppress [Doc. 403]. There were no objections to that R&R, and the time to do so has long since passed.

Accordingly, the Court **ACCEPTS** the R&R in its entirety [Doc. 458] and incorporates it into this order. Defendant Hofstetter's motion to suppress is **DENIED** [Docs. 403].

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE