```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TENNESSEE
                    AT KNOXVILLE
_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )   Case No.:  3:15-CR-27
                                   )
SYLVIA HOFSTETTER,                 )
COURTNEY NEWMAN,                   )
CYNTHIA CLEMONS,                   )
HOLLI WOMACK,                      )
                                   )
        Defendants.                )
_____)
```

**VOLUME XL (pp 1-5)**

**JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE THOMAS A. VARLAN**

**January 29, 2020**
**4:25 p.m. to 4:29 p.m.**

**APPEARANCES:**

**FOR THE PLAINTIFF:**       TRACY STONE, ESQUIRE
                             Assistant United States Attorney
                             United States Department of Justice
                             Office of the United States Attorney
                             800 Market Street
                             Suite 211
                             Knoxville, Tennessee 37902

                             KELLY K. PEARSON, ESQUIRE
                             DAMARE THERIOT, ESQUIRE
                             United States Department of Justice
                             Office of the United States Attorney
                             1301 New York Avenue NW
                             Washington, DC 20005

(Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.)

**REPORTED BY:**
Rebekah M. Lockwood, RDR, CRR
Official Court Reporter
(813 ) 317-8286 | r.lockwooduscr@gmail.com
P.O. Box 173496, Tampa, Florida 33672

**APPEARANCES (CONTINUED):**

| | |
|---|---|
| **FOR THE DEFENDANT:**<br>**SYLVIA HOFSTETTER** | CHARLES C. BURKS, JR., ESQUIRE<br>Justice, Noel & Burks<br>1816 West Clinch Avenue<br>Knoxville, Tennessee 37916 |
| | LORETTA G. CRAVENS, ESQUIRE<br>Cravens Legal<br>P.O. Box 396<br>Knoxville, Tennessee 37901 |
| **FOR THE DEFENDANT:**<br>**COURTNEY NEWMAN** | CHRISTOPHER J. OLDHAM, ESQUIRE<br>Gulley Oldham, PLLC<br>706 Walnut Street<br>Suite 302<br>Knoxville, Tennessee 37902 |
| | MARK E. BROWN, ESQUIRE<br>Menefee & Brown, LLP<br>9724 Kingston Pike<br>Suite 505<br>Knoxville, Tennessee 37922 |
| **FOR THE DEFENDANT:**<br>**CYNTHIA CLEMONS** | RANDALL E. REAGAN, ESQUIRE<br>Law Office of Randall Reagan<br>100 West Summit Hill Drive<br>Knoxville, Tennessee 37902 |
| | M. JEFFREY WHITT, ESQUIRE<br>Whitt, Cooper, Trant & Hedrick<br>607 Market Street<br>Suite 1100<br>Knoxville, Tennessee 37902 |
| **FOR THE DEFENDANT:**<br>**HOLLI WOMACK** | CHRISTOPHER RODGERS, ESQUIRE<br>Law Office of Kit Rodgers<br>P.O. Box 70764<br>Knoxville, Tennessee 36938 |
| **ALSO PRESENT:** | SYLVIA HOFSTETTER, DEFENDANT<br>COURTNEY NEWMAN, DEFENDANT<br>CYNTHIA CLEMONS, DEFENDANT<br>HOLLI WOMACK, DEFENDANT<br>MICK NOCERA, FBI AGENT<br>JOELLE VEHEC, FBI AGENT<br>JULIE PATTERSON, PARALEGAL<br>DAN SHERROD, INVESTIGATOR |

Rebekah M. Lockwood, RDR, CRR
Official Court Reporter
(813 ) 317-8286 | r.lockwooduscr@gmail.com
P.O. Box 173496, Tampa, Florida 33672

Case 3:15-cr-00027-TAV-DCP   Document 931   Filed 07/17/20   Page 2 of 5   PageID #: 67829

```
 1        (Call to Order of the Court)
 2            THE COURT:  All right.  Afternoon everyone.  I'm
 3   basically just going to dismiss the jury for the day, so we'll
 4   bring them in for that purpose.
 5        (Jury in at 4:25 p.m.)
 6            THE COURT:  All right.  Thank you.  Please be seated.
 7            Hello to our members of the jury.  I understand after
 8   today's deliberations, you're ready to call it a day.  And some
 9   of you have some places you need to get to.  So we'll go do
10   that.  I just wanted to -- I like to call you in and just
11   officially recess for the day.
12            And just as a reminder, I always remind you -- or I
13   oftentimes remind you about not discussing the case with others
14   or among yourselves until you begin deliberations.  Well,
15   you're now ceasing your deliberations until tomorrow morning.
16            So just a reminder not -- from this point forward,
17   until you pick back up in the morning, don't have any more
18   discussions or deliberations among yourselves, or obviously any
19   discussions with anyone else, and not read anything about the
20   case, et cetera, et cetera.
21            So with that reminder, when you come back tomorrow
22   morning, we won't reconvene court in the morning.  You'll just
23   congregate in the jury room.  But, again, as a reminder, don't
24   pick back up your deliberations until all 12 of you have
25   arrived.  And then your foreperson can reconvene your
```

UNITED STATES DISTRICT COURT

1 proceedings.

2 So unless there's any questions in that regard, y'all
3 have a pleasant evening, and we'll see you back here at some
4 point tomorrow, which is Thursday, January 30th? Thursday,
5 January 30th.

6 Thank you. The jury is excused for the evening.
7 (Jury out at 4:27 p.m.)

8 THE COURT: Okay. Looks like we have some young
9 visitors in the audience.

10 (Discussion off the record in the courtroom.)

11 THE COURT: All right. Everybody have a pleasant
12 evening. And, again, we won't reconvene in the morning, but
13 we'll just wait for either a question or a verdict and/or a
14 dismissal at the end of tomorrow. So see y'all tomorrow.

15 MR. BURKS: So it will be the same routine?

16 THE COURT: Yes.

17 THE COURTROOM DEPUTY: They decided to take their
18 lunch at 12:30.

19 MR. BURKS: Do what?

20 THE COURTROOM DEPUTY: They decided that they are
21 going to take their lunch at 12:30, so you can take your lunch
22 at 12:30.

23 THE COURT: So if you don't hear from us by around
24 then, it'll be the afternoon. Okay.

25 (Proceedings recessed at 4:29 p.m.)

**CERTIFICATE OF REPORTER**

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

     I, Rebekah M. Lockwood, RDR, CRR, do hereby certify that I was authorized to and did stenographically report the foregoing proceedings; and that the foregoing pages constitute a true and complete computer-aided transcription of my original stenographic notes to the best of my knowledge, skill, and ability.

    I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

    IN WITNESS WHEREOF, I have hereunto set my hand at Tampa, Hillsborough County, Florida this 17th day of July 2020.

_____
REBEKAH M. LOCKWOOD, RDR, CRR
Official Court Reporter
United States District Court
Middle District of Florida