UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:15-CR-27-TAV-DCP-1 |
| SYLVIA HOFSTETTER, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

This criminal case is before the Court for consideration of the Report and Recommendation entered by United States Magistrate Judge Debra C. Poplin on October 8, 2021 (the "R&R") [Doc. 1189]. There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the R&R, Magistrate Judge Poplin recommends that the Court grant the government's motion for an interlocutory sale [Doc. 1179]. Magistrate Judge Poplin further recommends that the Court require the government to respond to third-party petitioner Exeter Finance Corporation's ("Exeter") petition to adjudicate the validity of its interest [Doc. 1134], specifically as to whether the government contests that Exeter is a bona fide purchaser for value of the 2014 Lexus that is the subject of the instant sale.

After a review of the R&R and the record in this case, the Court is in agreement with Magistrate Judge Poplin's recommendation, which the Court adopts and incorporates into its ruling. Thus, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 1189] and it is

**ORDERED** that the government's motion for an interlocutory sale [Doc. 1179] is **GRANTED**. Moreover, the government is hereby **ORDERED** to respond to third-party petitioner Exeter Finance Corporation's petition to adjudicate the validity of its interest [Doc. 1134], specifically as to whether the government contests that Exeter is a bona fide purchaser for value of the 2014 Lexus that is the subject of the instant sale within **fourteen (14) days** of the filing of this Order.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE